PILLSBURY WINTHROP SHAW PITTMAN LLP
Claire K. Wu (SBN 295966)
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213-488-3655
Facsimile: 213-629-1033
Email: claire.wu@pillsburylaw.com

Eric Fishman (Pro Hac Vice)
Andrew M. Troop (Pro Hac Vice)
Carolina A. Fornos (Pro Hac Vice)
31 West 52nd Street
New York, NY 10019
Telephone: 212-858-1000
Facsimile: 212-858-1500
Email: eric.fishman@pillsburylaw.com
       andrew.troop@pillsburylaw.com
       carolina.fornos@pillsburylaw.com

Attorneys for Defendants Bombardier
Aerospace Corporation, Bombardier Inc.,
and Learjet, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>ZETTA JET USA, INC., *et al.*,<br><br>　　　　Debtors.<br><br>JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JETCRAFT CORPORATION, JETCRAFT GLOBAL, INC., JETCOAST 5000-5 LLC, ORION AIRCRAFT HOLDINGS LTD., JETCRAFT ASIA LIMITED, FK GROUP LTD, FK PARTNERS LIMITED, JAHID FAZAL-KARIM, BOMBARDIER AEROSPACE CORPORATION, BOMBARDIER INC., and LEARJET, INC.,<br><br>　　　　Defendants. | Case No. 2:22-cv-6637-JAK<br><br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

TO THE HONORABLE JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is hereby given that, pursuant to Rules 3 and 6 of the Federal Rules of Appellate Procedure, Defendants Bombardier Aerospace Corporation, Bombardier Inc., and Learjet, Inc. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order entered in this action on March 26, 2024 [Dkt. 81].

Defendants' Representation Statement is attached to this Notice as required by Ninth Cir. R. 12-2 and 3-2(b) and F.R.A.P. 12(b).

DATED: April 24, 2024

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Andrew M. Troop*
ERIC FISHMAN (*Pro Hac Vice*)
ANDREW M. TROOP (*Pro Hac Vice*)
CAROLINA A. FORNOS (*Pro Hac Vice*)
CLAIRE K. WU (SBN 295966)

*Attorneys for Defendants Bombardier Aerospace Corporation, Bombardier Inc., and Learjet, Inc.*

# REPRESENTATION STATEMENT

The undersigned represent Defendants Bombardier Aerospace Corporation, Bombardier Inc., and Learjet, Inc. Attached is a service list that shows all parties to the action and identifies their counsel by name, firm, address, email, and telephone numbers. *See* Ninth Cir. R. 12-2; Ninth Cir. R. 3-2(b); F.R.A.P. 12(b).

DATED: April 24, 2024                     Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Andrew M. Troop*
ANDREW M. TROOP (*Pro Hac Vice*)
31 West 52nd Street
New York, NY 10019
Telephone:  212-858-1000
Facsimile:    212-858-1500
Email: andrew.troop@pillsburylaw.com

# SERVICE LIST OF REPRESENTATION STATEMENT

| Party | Attorney(s) |
|---|---|
| Appellants Bombardier Aerospace Corporation; Bombardier Inc.; and Learjet, Inc. | Claire K. Wu<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>Telephone: (213) 488-3655<br>Facsimile: (213) 629-1033<br>Email: claire.wu@pillsburylaw.com<br><br>Andrew M. Troop<br>Carolina A. Fornos<br>Eric Fishman<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>Email: andrew.troop@pillsburylaw.com<br>carolina.fornos@pillsburylaw.com<br>eric.fishman@pillsburylaw.com |
| Appellee Jonathan D. King, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd. | Robert A. Klyman<br>David M. Riley<br>**DLA Piper LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067<br>Telephone: (310) 595-3000<br>Facsimile: (310) 595-3300<br>Email: robert.klyman@us.dlapiper.com<br>david.riley@us.dlapiper.com<br><br>John K. Lyons<br>Jeffrey S. Torosian<br>Joseph A. Roselius<br>**DLA Piper LLP US**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Telephone: (312) 368-4000 |

| | |
|---|---|
| | Facsimile: (312) 236-7516<br>Email: john.lyons@us.dlapiper.com<br><br>Noah M. Schottenstein<br>**DLA Piper LLP US**<br>1900 North Pearl Street, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 743-4500<br>Facsimile: (214) 743-4545<br>Email: noah.schottenstein@us.dlapiper.com |

4

**CERTIFICATE OF SERVICE**

I, Renee Evans, hereby certify that on the 24th day of April, 2024, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system.

/s/Renee M. Evans
Renee M. Evans